*PROB 49 (3/89)*
*VAE (rev. 05/17)*

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Julio Perez-Torres                                     Criminal No. 1:16CR00287-001

### Waiver of Hearing to Modify Conditions of Supervised Release

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release:

1) That Special Conditions 2, 3, 4, 5, 6, 7, 9, and 10 imposed in the Judgment dated May 12, 2017 are vacated, and

2) That Special Conditions 1 through 9 proposed on page 2 and page 3 of this order are imposed in the alternative.

**See Proposed Additional Conditions #1-9 on Pages 2 and 3.**

Witness: _____        Signed: _____
Heather Gallant, BOP Case Manager                     Probationer or Supervised Releasee

Date: 11-21-2023

Respectfully,

## ORDER OF COURT

Considered and ordered this 30th day of November, 2023 and ordered filed and made a part of the records in the above case.

/s/
Michael S. Nachmanoff
United States District Judge

**Michael S. Nachmanoff**
**United States District Judge**

Eric Olson
Senior U.S. Probation Officer

Place: Alexandria

Date: November 21, 2023

**TO CLERKS OFFICE**

Page 1

PROB 49 (3/89)
VAE (rev. 05/17)

1. You shall participate in a mental health program which may include medical, psychological, or psychiatric evaluation and outpatient treatment as recommended by the treatment provider based upon your risk and needs. You may also be required to participate in inpatient treatment upon recommendation of the treatment provider and upon approval of the Court. The probation office shall approve the location, frequency, and duration of outpatient treatment. You shall abide by the rules of the program which may include a medication regime.

2. You shall not have direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, including your own children, without the permission of the probation officer, you shall report this contact to the probation officer within 24 hours. Direct contact includes written communication, electronic communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

3. You shall not go to, or remain at, any place where you know children under the age of 18 are likely to congregate, including parks, schools, playgrounds, and childcare facilities without the permission of the probation officer.

You shall not go to, or remain at, a place for the primary purpose of observing or contacting children under the age of 18.

4. You shall undergo a psychosexual evaluation and, if recommended by the evaluator, you shall participate in a mental health treatment program, which may include, but will not be limited to, participation in a sex offense-specific treatment program. The probation office shall approve the location, frequency, and duration of treatment. You shall abide by the rules of the program.

5. You shall not use or possess any computer, cell phone, data storage device, cloud storage, or any other internet-capable device (computer equipment) unless you participate in the Internet and Computer Management Program (ICMP). When placed in the ICMP, you shall comply with all the rules of the program and pay any costs associated with the program. The U.S. Probation Office may use and/or install any hardware or software system that is needed to monitor your use of computer equipment. You shall permit the U.S. Probation Office to conduct periodic, unannounced examinations of any computer equipment you use or possess. This equipment may be removed by the U.S. Probation Office or their designee for a more thorough examination. You shall provide any usernames, pin codes, passwords or other credentials used to access any devices or cloud storage you use or possess. Your internet use may be limited and/or restricted in accordance with the ICMP based upon an evaluation of your risk and needs, along with consideration of the factors outlined in 18 U.S.C. § 3553(a). Unless otherwise approved by the Court, you shall be limited to possessing one personal internet-capable device to facilitate the U.S. Probation Office's ability to effectively monitor your internet related activities. Failure to abide by the rules of the ICMP may result in immediate adverse action, to include, but not limited to, revocation of supervision.

6. If your employment requires the use of a computer, you may use a computer in connection with the employment approved by the probation officer, at your place of employment, provided you notify your employer of: (1) the nature of your conviction; and (2) the fact that your conviction was facilitated by the use of the computer. The Probation Office shall confirm your compliance with this notification requirement.

**TO CLERKS OFFICE**

*PROB 49 (3/89)*
*VAE (rev. 05/17)*

7. You shall not view, possess, own, subscribe to or purchase any material, including pictures, videotapes, films, magazines, books, telephone services, electronic media, computer programs, or computer services that depict sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

8. You must submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

9. Your supervision may include examinations using a polygraph, computerized voice stress analyzer, or other similar device to obtain information necessary for supervision, case monitoring, and treatment. You shall answer the questions posed during the examination, subject to your right to challenge in a court of law the use of such statements as violations of your Fifth Amendment rights. In this regard, you shall be deemed to have not waived your Fifth Amendment rights. The results of any examinations shall be disclosed to the U.S. Probation Office and the Court, but shall not be further disclosed without the approval of the Court.

**TO CLERKS OFFICE**